UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMOTHY SOLLIE AND MARCIA SOLLIE,<br><br>Plaintiffs,<br><br>vs.<br><br>C.R. BARD INCORPORATED, BARD PERIPHERAL VASCULAR INCORPORATED,<br><br>Defendants. | NO. 3:20-cv-05305 RSM<br><br>**JOINT MOTION TO DISMISS AND ORDER** |

Plaintiffs Timothy Sollie and Marcia Sollie, and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. stipulate that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint and all causes of action are dismissed without prejudice against all Defendants in civil action 3:20-cv-05305-RSM, with each party to bear its own costs and fees. Respectfully submitted this  23rd   day of August, 2021.

Dated this 23rd day of August 2021.

By *s/ Beth E. Terrell*
Beth E. Terrell, WSBA #26759
Terrell Marshall Law Group, PLLC
936 N 34th Street
STE 300
Seattle, WA 98103-8869
T: 206-816-6603
bterrell@terrellmarshall.com
Michael G. Stag, admitted *pro hac vice*
Merritt E. Cunningham, admitted *pro hac vice*
Stag Liuzza, LLC
365 Canal St., Ste. 2850
New Orleans, LA 70130
T: (504) 593-9600
mstag@stagliuzza.com
mcunningham@stagliuzza.com

Attorneys for Plaintiffs Timothy Sollie and Marcia Sollie

By *s/ Joseph E. Fornadel*
Joseph E. Fornadel, admitted *pro hac vice*
Nelson Mullins Riley & Scarborough, LLP
1320 Main Street, 17th Floor
Meridian
Columbia, SC 29201
T: (803) 255-5178
joe.fornadel@nelsonmullins.com

Christopher W. Tompkins
Betts, Patterson & Mines, PS
701 Pike Street, Suite 1400
Seattle, WA 98101-3927
T: (206) 292-9988
ctompkins@bpmlaw.com

Natasha A. Khachatourians
Betts, Patterson & Mines, PS
One Convention Place
701 Pike Street
Suite 1400
Seattle, WA 98101-3927
T: (206) 292-9988
nkhachatourians@bpmlaw.com

James F. Rogers, admitted pro hac vice
Nelson Mullins Riley & Scarborough, LLP
1320 Main Street, 17th Floor Meridian
Columbia, SC 29201
T: (803) 799-2000
jim.rogers@nelsonmullins.com

Attorneys for Defendants C.R. Bard, Inc. and bard Peripheral Vascular, Inc.

The Court has considered the Joint Motion to Dismiss for the above-referenced case. **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Joint Motion to Dismiss be granted. All causes of action are dismissed without prejudice against all Defendants.  This case is CLOSED.

DATED this 31st day of August, 2021.

                                                               RICARDO S. MARTINEZ
                                                               CHIEF UNITED STATES DISTRICT JUDGE